## EDWARD FRIEDMAN

Attorney at Law

26  Court Street - Suite 1903
Brooklyn, New York   11242
Tel:  (718) 852-8849
Fax: (718) 852-1489
 email: edfriedmanlaw@aol.com

February 9, 2012

Hon. Eric  Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York   11201

            Re.:   Drew Winfield The City of New York, et al.
                    11 CV 2342 (ENV)(LB)

Your Honor:

            As  the attorney for the plaintiff in the above referenced matter, I write to
advise the Court that the parties have reached a settlement agreement in this
matter.  In furtherance of the parties' agreement to settle, defendants' counsel will
file with the Court a Stipulation of Settlement and Order of Discontinuance
executed by both counsel for Your Honor's endorsement.

            I thank the Court for its time and consideration.

                                        Respectfully submitted,

                                        s/
EF/dw                                   EDWARD FRIEDMAN

cc:   Elissa B. Jacobs, Esq.
       Assistant Corporation Counsel